# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRAVIS GRAHAM**                                                                                              **PLAINTIFF**

**v.**                              **NO. 4:21-cv-01095 BRW-PSH**

**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

## FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Travis Graham ("Graham") began this case by filing a pro se complaint pursuant to 42 U.S.C. 405(g). In the complaint, he challenged the denial of his applications for disability insurance benefits and supplemental security income payments. He accompanied his complaint with a motion for leave to proceed in forma pauperis. The Court granted the motion, and the appropriate parties were served with a summons and copy of the complaint. Defendant Social Security Administration subsequently filed an answer and the administrative transcript. A scheduling order was then entered, and Graham was given up to, and including, April 14, 2022, to file a brief in support of his complaint.

Graham has now filed the pending motion for withdrawal of pleadings. See Docket Entry 11. In the motion, he represents the following:

> My understanding of this type of legal procedure and the laws involve[d] is limited. I believe that I cannot pursue this matter in a way that will produce an outcome that is favorable to me without legal assistance.
>
> After my former attorney resigned with the filing of this complaint, I have searched throughout both the Eastern and Western Districts of Arkansas for a replacement. I have been unable to find an attorney willing to represent me in this case.

> I believe that counsel appointed by the Court, if available, would not serve my best interests. An unwilling participant is unlikely to exhibit the dedication and persistence that is necessary to win a Federal Court Review of an SSD claim.
>
> I have no financial means to continue this action and would like to withdraw the complaint as though it was not filed.

See Id. at CM/ECF 1.

The undersigned has no reason to question the voluntariness of Graham's motion for withdrawal of pleadings. Consequently, the undersigned recommends that his motion be granted. This case should be dismissed without prejudice, and judgment entered for defendant Social Security Administration.

DATED this 20th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE