IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRAVIS GRAHAM                                                                                    PETITIONER

v.                                    NO. 4:21-cv-01095 BRW

SOCIAL SECURITY ADMINISTRATION                                                RESPONDENT

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for defendant Social Security Administration.

IT IS SO ORDERED this  25th  day of _____April_____, 2022.

BILLY ROY WILSON
_____
UNITED STATES DISTRICT JUDGE